**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1533

WILLIE D. GREEN,

Plaintiff - Appellant,

versus

DUKE ENERGY CORPORATION, a/k/a Duke Energy
Company,

Defendant - Appellee.

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham. N. Carlton Tilley, Jr.,
Chief District Judge. (CA-03-364)

Submitted: September 22, 2004      Decided: October 25, 2004

Before MICHAEL, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Willie D. Green, Appellant Pro Se. John James Doyle, Jr., Jill
Stricklin Cox, CONSTANGY, BROOKS & SMITH, L.L.C., Winston-Salem,
North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Willie D. Green appeals the district court's order granting the Defendant's motion for summary judgment on Green's employment discrimination lawsuit. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. See Green v. Duke Energy Corp., No. CA-03-364 (M.D.N.C. Mar. 30, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED